AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
MAY 15 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No. |
|  | ) |
|  | )       3:25-mj-1080-HNJ |
|  | ) |
| JOSEF O'NEAL MARDIS | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/2024-5/2024__ in the county of __Colbert__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(1) | Transportation of child pornography |
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

RYAN WINDHAM
Digitally signed by RYAN WINDHAM
Date: 2025.05.15 14:11:44 -05'00'

*Complainant's signature*

Ryan Windham, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/15/2025

Herman N. Johnson, Jr.
Digitally signed by Herman N. Johnson, Jr.
Date: 2025.05.15 14:18:49 -05'00'

*Judge's signature*

City and state: Huntsville, Alabama

Herman N. Johnson, Jr., U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT FOR JOSEF O'NEAL MARDIS | Case No. 3:25-mj-1080-HNJ<br><br>Filed Under Seal |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Windham, being duly first sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been an SA with the FBI since August 2022. I am presently assigned to the Birmingham Division, Florence Resident Agency, investigating violations of federal law. During my training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Prior to joining the FBI, I was a member of the Missouri State Highway Patrol ("MSHP") for approximately five-and-a-half years. While employed with the MSHP, I was a member of the Major Case Squad and completed two separate internships with the MSHP Division of Drug and Crime Control Unit. I have assisted on numerous investigations, including homicide, sexual assault, drug investigations, and child exploitation investigations.

1

2.	I make this affidavit in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a warrant authorizing the arrest of Josef O'Neal Mardis. As a Federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

3.	The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter; however, I have not excluded any facts or circumstances that would tend to defeat the establishment of probable cause. I have set forth only the facts that I believe are necessary to establish probable cause that Josef O'Neal Mardis has violated 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5)(B) (possession of child pornography), and that, accordingly, a Criminal Complaint should be issued for Josef O'Neal Mardis.

PROBABLE CAUSE

Initiation of Investigation

4.	Between March and April of 2024 FBI Florence Resident Agency received leads from FBI Jacksonville Division regarding transportation and distribution of child

pornography on an identified website ("Website A")[1] by an individual using specific Internet Protocol ("IP") addresses in Tuscumbia, Alabama.

5. An administrative subpoena was served to Comcast requesting information associated with the IP addresses, which all returned to a residence in Tuscumbia, Alabama ("SUBJECT PREMISES").

Obtaining and Executing the Search Warrant

6. On July 1, 2024, a search warrant for the SUBJECT PREMISES was obtained from the United States District Court in the Northern District of Alabama for evidence of a crime, contraband, fruits of crime, and property intended and/or used for a crime related to distribution, transportation, and possession of child pornography.

7. The next day, agents from the FBI Birmingham Division executed the search warrant at the SUBJECT PREMISES. Three individuals were found to reside at the residence: Josef O'Neal Mardis ("MARDIS"), his father, and his mother. Further, several electronic devices were seized for forensic examination, including an iPhone 7.

8. While on scene, MARDIS agreed to speak with agents. Prior to the interview, MARDIS was advised he was not under arrest, he did not have to speak to the interviewing agents, and that he was free to leave at any time. MARDIS made several statements regarding the iPhone 7 and child pornography. MARDIS admitted to owning the iPhone 7, and he provided his passcode to the agents. MARDIS further

---

[1] The actual name of Website A is known to law enforcement.

admitted to using Website A for approximately two years. When asked if he recalled being blocked or banned from Website A, MARDIS stated, "Yeah… I don't know why I kept going back." MARDIS admitted that he knew the images he posted on Website A were child pornography and that he should not have had them. MARDIS believed he had saved approximately 100 images and a few videos of child pornography on his phone.

<u>Forensic Examination of MARDIS's iPhone 7</u>

9. On or about February 7, 2025, a digital forensic exam was completed on all electronic devices seized from the SUBJECT PREMISES. The only evidence of child pornography was found on MARDIS's iPhone 7. During the examination of an external download of MARDIS's iPhone 7, it was discovered that MARDIS sent a video of child pornography in a private group on the application called "Sessions- Private Messenger" on May 25, 2024, at 5:15:32 a.m. which is described as follows:

a. Video 128; Item ID 998148; File Name: "9F471181-2195-4421-AD87-619D72DEE5A7.mp4": This video is a color video and is approximately 31 seconds in length. The video depicts a female infant hanging upside down. The infant's legs are spread in the shape of a "V" and are tied to a wooden bar. The infant's hands are held flat on the floor by a strip of duct tape. An adult female, with her bare breasts exposed, then places a piece of duct tape over the infant's mouth.

10. Further review of MARDIS's iPhone 7 revealed another video of child pornography that MARDIS sent in a different private group on Sessions- Private Messenger on May 29, 2024, at 5:01:43 a.m. which is described as follows:

a. Video 0; Item ID 1546102; File Name: "0ebdd845f62071a8bfca101d3360e5621a87d9de_files_full-exte.zip": This video is a color video and is approximately one minute and 48 seconds in length. The video begins with an adult male holding a nude female toddler who appears to be approximately one year old. The adult male uses his right hand to physically strike her buttocks and leg repeatedly. The toddler had visible red welts on her buttocks and back right thigh. The adult male then places her in a seating position in a bathtub. The toddler's face is visible, and she is crying. The adult male uses his left hand and holds the toddler's hands together behind her back. The adult male then takes his erect penis in his right hand and begins to masturbate. The adult male then ejaculates on the toddler's face. The adult male then rubs the tip of his penis on her face. It also appears that the adult male rubs his right index finger around her mouth. The video then transitions to an adult male wearing a blue shirt. The adult male is standing over a nude male toddler who appears to be less than a year old. The toddler is lying on his back with his penis exposed. The adult male has his left hand on his erect penis and is masturbating. The adult male then ejaculates across the toddler's stomach. The video then transitions to a male toddler who appears to be between one and three years of age lying on his stomach, facing away from the camera. The toddler is nude, with his

5

bare buttocks and scrotum exposed. The toddler also has tan bands wrapped around both knees and it appears a tan band is strapped across the toddler's upper back. An adult male is standing over the toddler and is facing the camera. The insides of the adult male's thighs are visible. The adult male has his right hand on his erect penis and is masturbating. The adult male then ejaculates down the toddler's lower back and down the crevice of his buttocks. At the end of the video, the toddler attempts to move but is unable to due to being strapped down. The video then transitions to a male infant who appears to be between six and ten months old lying on his back, asleep. The infant has his shirt pulled up and his bare penis exposed. An adult male uses his right index finger and his right thumb to masturbate his adult erect penis. The video then transitions to what appears to be a different male infant who is lying on his back. The infant's face is not visible. The infant's shirt is pulled up his chest and his bare penis is exposed. An adult male is standing above the infant boy. The adult male has his right hand on his erect penis and is masturbating. The adult male then ejaculates on the infant's bare penis. The video then transitions to a male toddler who appears to be approximately one to three years old lying flat on his stomach. The toddler's shirt is pulled up to above his buttocks and his bare buttocks is exposed. An adult male is positioned above the toddler, and the adult begins anally raping the toddler.

11. During the investigation it was determined that MARDIS's iPhone 7 was manufactured in China.

## CONCLUSION

12. Based on the above facts, I have probable cause to believe that Josef O'Neal MARDIS has committed the offenses of transportation and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(a)(5)(B), as charged in the accompanying Criminal Complaint.

Respectfully submitted,

**RYAN WINDHAM**
Digitally signed by RYAN WINDHAM
Date: 2025.05.15 14:12:16 -05'00'

Ryan J. Windham, Affiant
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically, before me, this 15th day of May 2025.

**Herman N. Johnson, Jr.**
Digitally signed by Herman N. Johnson, Jr.
Date: 2025.05.15 14:19:30 -05'00'

Herman N. Johnson, Jr.
United States Magistrate Judge

7